**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6603**

MARY E. FIELDS,

Plaintiff - Appellant,

versus

COMMONWEALTH; AARON WIGGINS; ANDRE RIDDICK;
JAMES ADKINS; ANTHONY TERRY; MARYLAND STATE
POLICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-03-110)

Submitted: August 28, 2003     Decided: September 4, 2003

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mary E. Fields, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary E. Fields appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to pay the initial partial filing fee as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fields v. Commonwealth, No. CA-03-110 (E.D. Va. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2